**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Magistrate No. 06-1769M |
| v. | ORDER FOR RELEASE OF MATERIAL WITNESS |
| Francisco Tapia-Abril, A/k/a Francisco Tapia, and | |
| Maruca Erickson | |
| Defendants. | |

Upon motion of the Government, and for good case shown,

IT IS ORDERED directing the United States Marshal to release the material witness in this action, Nocolasa Contreras-Basave, to the Department of Homeland Security, for return to his country of origin.

DATED this 27th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge