**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No.  06-1769M |
| v. | |
| Francisco Tapia-Abril, a/k/a Francisco Tapia, and | **ORDER** |
| Maruca Erickson | |
| Defendants | |

Pursuant to the foregoing motion, and good cause appearing:

**IT IS ORDERED** granting the Motion to Dismiss Without Prejudice.

**IT IS FURTHER ORDERD vacating** the Preliminary Hearing set on April 28, 2006 at 3:45 p.m. and the Video Deposition of the Material Witness at 1:30 p.m.

**IT IS FURTHER ORDERED releasing** Defendant Francisco Tapia-Abril, aka Francisco Tapia from custody as to this case **only**.

DATED this 27th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge